■ In the Matter of LEWIS H. HOSENFELD, Appellant. COM-
MISSIONER OF LABOR, Respondent. [719 NYS2d 906] —Appeal from
a decision of the Unemployment Insurance Appeal Board, filed
September 22, 1999, which charged claimant with a recover-
able overpayment of unemployment insurance benefits.

We find no reason to disturb the finding of the Unemploy-
ment Insurance Appeal Board charging claimant with a recov-
erable overpayment of benefits totaling $547.50 (*see, Matter of*
*Hammer [Commissioner of Labor],* 263 AD2d 608; *Matter of*
*Chriscaden [Sweeney],* 232 AD2d 803, 806). The record
establishes that claimant began receiving his employer-funded
pension from the Sheet Metal Workers' Union on May 1, 1999.
Claimant also received unemployment insurance benefits for
the weeks ending May 2, 1999 and May 9, 1999 totaling
$547.50. Consequently, based upon his prorated weekly pen-
sion benefit, claimant's weekly benefit rate was reduced to zero
effective May 1, 1999 pursuant to Labor Law § 600 (7). Al-
though claimant disclosed his receipt of pension benefits on
May 11, 1999, the overpayment of benefits is nevertheless re-
coverable (*see,* Labor Law § 597 [3], [4]; § 600 [7] [c]). To the
extent that claimant challenges the finding that his pension
plan was fully funded by the employer, claimant failed to ap-
peal the May 18, 1999 ruling to that effect and, therefore, such
issue is not properly before this Court (*see,* Labor Law § 623
[1]).

Mercure, J. P., Crew III, Peters, Spain and Carpinello, JJ.,
concur. Ordered that the decision is affirmed, without costs.